United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMIAS ABDEL DELEON PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-359 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Jeremias Abdel DeLeon Perez is detained in the custody of officials with the Immigration and Customs Enforcement (ICE) at the Montgomery Processing Center. Proceeding *pro se*, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1). The respondents filed a motion for summary judgment (Dkt. 8) and present evidence that the petitioner is subject to a final order of removal to Guatemala (Dkt. 8-1; Dkt. 8-2). The accompanying declaration further states that the respondents have weekly removal flights to Guatemala; that they do not need to obtain travel documents; and that the only known impediment to removal is this Court's order enjoining removal from the Southern District of Texas while this action is pending. *See* Dkt. 5.

Because the respondents represent that they have obtained a travel document and are prepared to remove the petitioner to Guatemala, the Court now dissolves the injunction insofar as the respondents are permitted to remove the petitioner to Guatemala.

The respondents are **ORDERED** to file a status report within 30 days of this order along with, if appropriate, a proposed order of dismissal.

The Clerk will provide a copy of this order to the parties

SIGNED at Houston, Texas on May 21, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE